# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

No. 1D17-2009

———————————————————

JULIUS KEITH KNOTT,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

———————————————————

Petition for Writ of Prohibition – Original Jurisdiction.

January 19, 2018

PER CURIAM.

    The petition for writ of prohibition is denied on the merits.

WOLF, ROWE, and WINSOR, JJ., concur.

———————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————————

Julius Keith Knott, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.